IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ORLANDO LEWAYNE PILCHER,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-627-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus for petitioner's failure to comply with 28 U.S.C. 2255(e).

_____      11/24/09
Peter Oppeneer, Clerk of Court           Date